**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000332**
**24-JUN-2020**
**07:52 AM**

NO. CAAP-19-0000332

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
NICOLE KU, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
SOUTH KOHALA DIVISION
(CASE NO. 3DTA-18-03243)


ORDER GRANTING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed June 18, 2020, by Defendant-Appellant Nicole Ku (Ku), it appears that:

(1) The appeal was docketed on June 5, 2019;

(2) Pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal;

(3) The stipulation is dated and signed by counsel for all parties appearing in the appeal;

(4) The stipulation includes Ku's declaration showing she understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c); and

(5) Dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 24, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge